# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MARTIN J. WALSH

VERSUS

KELLY SILLS, ET AL.

CIVIL ACTION

23-41-SDD-SDJ

## RULING

The Court has carefully considered the motion,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson dated September 8, 2025, to which an *Objection*[3] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Defendant's Motion, as a Motion for Summary Judgment, is DENIED.

Signed in Baton Rouge, Louisiana, this __30th__ day of September, 2025.

                                                  _____
                                                  **CHIEF JUDGE SHELLY D. DICK
                                                  UNITED STATES DISTRICT COURT
                                                  MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 60.
[2] Rec. Doc. 89.
[3] Rec. Doc. 92.