# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MARTIN J. WALSH

VERSUS

KELLY SILLS, ET AL.

CIVIL ACTION

23-41-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Scott D. Johnson dated September 12, 2025, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Defendant's Motion to Dismiss is DENIED.

Signed in Baton Rouge, Louisiana, this _____ day of September, 2025.

_____

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 91.
[2] Rec. Doc. 93.